UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAMUEL MCGILL,

Plaintiff,

-v-                                          CIVIL ACTION NO. 26 Civ. 1225 (SLC)

COMMISSIONER OF SOCIAL SECURITY,                          **ORDER**

Defendant.

**SARAH L. CAVE,** United States Magistrate Judge.

On May 4, 2026, Defendant filed a motion to dismiss the Complaint.  (Dkt. No. 10 (the "MTD")).  Pursuant to Local Civil Rule 6.1 of the Southern District of New York, Plaintiff's deadline to oppose the MTD was on May 18, 2026.  To date, Plaintiff has not filed an opposition to the MTD.  As a one-time courtesy, the Court sua sponte EXTENDS plaintiff's deadline to respond to the MTD to **Friday, June 5, 2026**.  Defendant's deadline to file a reply, if any, in further support of the MTD is EXTENDED to **Monday, June 22, 2026**.

Dated:      New York, New York
            May 22, 2026

SO ORDERED.

_____
SARAH L. CAVE
**United States Magistrate Judge**